UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | Case No. 17-20708 | |
| ) | | |
| LAQUISHA T. LEATHERS, ) | Hon. Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor. ) | | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **April 15, 2019**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

LeathersNFRCrtSrv

# SERVICE LIST
# ISOM BEARDEN, DEBTOR
# CASE NO. 17-25901

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

LaQuisha T. Leathers
3 Carrington Court
Hazel Crest, IL 60429

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69183
Harrisburg, PA 17106-9184

TCF National Bank
c/o Cohen Jutla Dovitz Makowka, LLC
10729 W. 159th Street
Orland Park, IL 60467

PYOD, LLC, its successors and assigns
As assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

LeathersTFRSrvList